**Order filed June 11, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00276-CV
_____

**RENE D. MORSE, Appellant**

**V.**

**BEN NEWMAN, Appellee**

---

**On Appeal from the Co Civil Ct at Law No 1**
**Harris County, Texas**
**Trial Court Cause No. 1123479**

---

# O R D E R

Appellant's brief was due June 6, 2019. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before July 11, 2019 the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM